# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    Petitioner<br><br>v.<br><br>COMMONWEALTH COURT OF PENNSYLVANIA,<br><br>    Respondent | : No. 153 MM 2014<br>:<br>: Application for Leave to File Original<br>: Process; Application for Writ of Prohibition;<br>: Application for Stay<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

   **AND NOW**, this 5th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, the Application for Writ of Prohibition is **DENIED**, and the Application for Stay is **DENIED** as moot.


Mr. Justice  Baer files a Concurring Statement.